THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS HAYNES, JR., Appellant.— Orders unanimously reversed and matter remitted to Monroe County Court for further proceedings in accordance with the following memorandum: Defendant is entitled to a hearing upon the controverted allegations of the petition to determine whether his failure to serve and file a notice of appeal was attributable to the failure of his assigned counsel to advise him of his right to appeal. (*People* v. *Montgomery,* 24 N Y 2d 130.) A defendant is not required to prove that his appeal has substantial merit before he is entitled to the hearing here requested. (Appeal from orders of Monroe County Court denying, without a hearing, motions to vacate judgment of conviction for manslaughter, first degree, rendered September 27, 1963.) Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.